*E-Filed 2/16/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW RAMIREZ, | No. C 11-0687 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at Calipatria State Prison in Imperial County, which is in the Southern District of California, and it appears that the defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED**.

DATED: February 16, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-0687 RS (PR)
ORDER OF TRANSFER